MATTHEW A. HODEL (SB# 93962)
mhodel@hbwllp.com
KARLA J. KRAFT (SB# 205530)
kkraft@hbwllp.com
SCOTT D. NELSON (SB# 217094)
snelson@hbwllp.com
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
RAI RESTAURANTS, INC.

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAULA I. KELLER; THE ARK SYSTEM, LLC, a California Limited Liability Company; and JASON A. KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN CORRAL FRANCHISING SYSTEMS, INC.; RAI RESTAURANTS, INC.; GC DEVELOPMENT CORP.; GOLDEN CORRAL CORPORATION; OMNI CONCEPTS, INC., a California Corporation; GE CAPITAL FRANCHISE FINANCE CORPORATION; INVESTORS MANAGEMENT CORPORATION; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.  CV07-3143 RGK (AJWx)<br><br>JUDGE R. GARY KLAUSNER<br>COURTROOM NO. 850<br><br>~~PROPOSED~~ JUDGMENT<br><br>Hearing:<br>Date: April 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: 850 |

29322

[PROPOSED] JUDGMENT

1  The Motion for Summary Judgment, or Alternatively, Partial Summary
2  Judgment filed by Defendant RAI Restaurants, Inc. ("RAI") came on for hearing on
3  April 7, 2008, at 10:00 a.m. in Courtroom 850 of the above-entitled Court, the
4  Honorable R. Gary Klausner presiding. All parties were represented by counsel.
5  Having considered the moving, opposition and reply papers submitted
6  by the parties, and having considered all of the evidence and issues addressed
7  therein, the Court finds GOOD CAUSE and GRANTS SUMMARY JUDGMENT
8  in favor of RAI.
9  Accordingly, it is hereby ORDERED, ADJUDGED and DECREED
10  that judgment is entered in favor of defendant RAI Restaurants, Inc. and against
11  plaintiffs The ARK System, LLC, and Omni Concepts, Inc.. RAI is the prevailing
12  party and is awarded costs of suit in the amount ~~of $~~ to be determined by application to the ~~RAI is also~~
13  ~~entitled to the sum of $_____ for the attorney fees RAI has incurred in~~ clerk of the court.
14  ~~connection with this litigation.~~

17  DATED: APR 21 2008        _____
18                            R. Gary Klausner

29322

1

[PROPOSED] JUDGMENT