ANTONY E. BUCHIGNANI (Bar No. 186528)
DLA PIPER US LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6022
Tel: 310.595.3000
Fax: 310.595.3300

BARRY M. HELLER (Admitted Pro Hac Vice)
JOHN J. DWYER (Admitted Pro Hac Vice)
DLA PIPER US LLP
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel: 703-773-4000
Fax: 703-773-5000

Attorneys for Defendant
Golden Corral Franchising Systems, Inc.

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA I. KELLER; THE ARK SYSTEM, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND JASON A. KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN CORRAL FRANCHISING SYSTEMS, INC.; RAI RESTAURANTS, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. CV-07-3143-RGK (AJWx)<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**JUDGMENT FOR GOLDEN CORRAL FRANCHISING SYSTEMS, INC.**<br><br>Hearing:<br><br>Date: April 7, 2008<br>Time: 9 a.m.<br>Courtroom: 850 |

The Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment filed by Defendant Golden Corral Franchising Systems, Inc. ("Golden Corral") was taken under submission by the Court pursuant to an Order dated April 2, 2008.

1 | Having considered the moving, opposition and reply papers submitted by the
2 | parties, and having considered all of the evidence and issues addressed therein, the
3 | Court, in an Order dated April 16, 2008, GRANTED SUMMARY JUDGMENT in
4 | favor of Golden Corral on all counts of the complaint.

5 | Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that
6 | judgment is entered in favor of Golden Corral and against Plaintiffs Paula and
7 | Jason Keller. Golden Corral is the prevailing party and is awarded costs of suit in
8 | the amount to be determined by application to the clerk of the court.

Dated: 4/25/08

Honorable R. Gary Klausner