RACHEL LOWE (Bar No. 246361)
rachel.lowe@dlapiper.com
DLA PIPER LLP (US)
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6022
Tel: 310-595-3000

BARRY M. HELLER (Admitted Pro Hac Vice)
barry.heller@dlapiper.com
JOHN J. DWYER (Admitted Pro Hac Vice)
john.dwyer@dlapiper.com
DLA PIPER LLP (US)
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159
Tel: 703-773-4000
Fax: 703-773-5000

Attorneys for Defendant
Golden Corral Franchising Systems, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA I. KELLER; THE ARK SYSTEM, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND JASON A. KELLER,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN CORRAL FRANCHISING SYSTEMS, INC.; RAI RESTAURANTS, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. CV-07-3143-RGK (AJWx)<br><br>[Assigned to Hon. R. Gary Klausner]<br><br>**[~~PROPOSED~~] JUDGMENT FOR GOLDEN CORRAL FRANCHISING SYSTEMS, INC.** |

After providing the parties with multiple opportunities to supplement their papers filed in connection with the Motion for Summary Judgment of Golden Corral Franchising Systems, Inc. ("Golden Corral"), and having considered all of the papers submitted by the parties in favor of and in opposition to the Motion,

including all of the parties' supplemental papers, and having considered all of the evidence and issues addressed therein, the Court, in an Order dated June 18, 2010, GRANTED SUMMARY JUDGMENT in favor of Golden Corral on the Breach of Contract claim, the only remaining claim in this case.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered in favor of Golden Corral and against Plaintiffs. Golden Corral is the prevailing party and is awarded costs of suit in the amount to be determined by application to the clerk of the court.

Dated: July 07, 2010

_____
Honorable R. Gary Klausner